# United States District Court
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | CRIMINAL ACTION NO. 3:25-CR-0281-S |
| § | |
| LUIS OCHOA-MALDONADO (1) § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge [ECF No. 29], and Defendant's Waiver of 14-Day Objection Period for Plea Before a Magistrate Judge [ECF No. 26], the Court is of the opinion that the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge is correct and is hereby accepted. Accordingly, the Court accepts the plea of guilty, and **LUIS OCHOA MALDONADO,** is hereby adjudged guilty of **Illegal Entry by an Alien,** in violation of **8 U.S.C. § 1325(a).** The sentence will be imposed in accordance with the Court's Judgment.

The Defendant is ordered to remanded to the custody of the United States Marshal.

**SO ORDERED.**

SIGNED September 17, 2025.

_____
**KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE**